AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
## for the
### EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 23 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 4:04CR00189-02 JLH |
| **MARTIN RUIZ** ) | USM No: 23389-009 |
| Date of Previous Judgment: December 22, 2005 ) | Bruce Eddy - appointed on May 5, 2008 |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  **X** the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   **X** GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __54__ months **is reduced to** __TIME SERVED__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 23 | Amended Offense Level: | 21 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 51 to 63 months | Amended Guideline Range: | 41 to 51 months |

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

**X** The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

**Defendant's sentence is reduced to time served. The defendant shall be released to the deportation detainer lodged by Immigration and Customs Enforcement.**

Except as provided above, all provisions of the judgment dated __December 22, 2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 23, 2008

_____
Judge's signature

Effective Date: May 23, 2008
(if different from order date)

**J. LEON HOLMES, U.S. DISTRICT JUDGE**
Printed name and title